1  ~~WILLIAM M. KUNTZ   # 153052~~
   ~~Attorney at Law~~
2  ~~4780 Arlington Avenue~~
   ~~Riverside, CA 92504~~
3  ~~(951) 343-3400~~
   ~~Fax (951) 343-4004~~
4  ~~E-Mail: KuntzSSlaw @sbcglobal.net~~
   ~~Attorney for Plaintiff~~

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| AMY JO KRENZ, | CASE NO.: **EDCV 13-01899 AN** |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED SEVENTY-FIVE DOLLARS and no/cents ($2,575.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:  September 23, 2014

UNITED STATES MAGISTRATE JUDGE

1